*Mr. L. Q. Caswell,* and *Mr. Sydney Fox,* for Respondent.

---

No. 2,038.—E. G. WOOD, RESPONDENT, *v.* DUDLEY C. SMITH, APPELLANT.

*Appeal from District Court, Silver Bow County; E. W. Harney, Judge.*

On motion to dismiss appeal.

Decided May 2, 1904.

PER CURIAM.—On consideration, it is now here ordered and adjudged that the motion to dismiss the appeal herein be and the same is hereby sustained and the appeal dismissed.

*Mr. B. S. Thresher,* for Respondent.

*Mr. John J. McHatton,* for Appellant.